No. 994. MOYERMAN *v.* HALE, TRUSTEE. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Anna D. Moyerman, pro se.* No appearance for respondent.

No. 999. DAVIS, ADMINISTRATRIX, *v.* RUZICKA. May 18, 1936. Petition for writ of certiorari to the Court of Appeals of Maryland, and motion for leave to proceed further *in forma pauperis,* denied. *Messrs. I. Irwin Bolotin* and *Bernard H. Conn* for petitioner. No appearance for respondent.

No. 916. A. C. SPARK PLUG CO. *v.* MOTOR IMPROVEMENTS, INC. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. The CHIEF JUSTICE and MR. JUSTICE ROBERTS took no part in the consideration and decision of this application. *Messrs. Harold W. Norman* and *John M. Zane* for petitioner. *Messrs. Nathan L. Miller, Theo. S. Kenyon,* and *Carl M. Owen* for respondent.

No. 854. PORTO RICO BROKERAGE CO., INC. ET AL. *v.* UNITED STATES. May 18, 1936. Petition for writ of certiorari to the United States Court of Customs and Patent Appeals denied. *Mr. James R. Beverly* for petitioners. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Messrs. Aubrey Lawrence* and *William Cattron Rigby* for the United States.